**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000294**
**17-JUN-2022**
**09:02 AM**
**Dkt. 11 OAWST**

NO. CAAP-22-0000294

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
DAVID T. LEIALOHA, Defendant-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
LĪHUʻE DIVISION
(CASE NO. 5DCW-21-0000287)

ORDER APPROVING STIPULATION FOR DISMISSAL
(By: Hiraoka, Presiding Judge, Wadsworth and Nakasone, JJ.)

Upon consideration of the Stipulation for Voluntary Dismissal of the Appeal, filed June 16, 2022, by Defendant-Appellant David T. Leialoha (Leialoha), the papers in support, and the record, it appears that (1) the appeal has not been docketed; (2) under Hawaiʻi Rules of Appellate Procedure (HRAP) Rule 42(a) and (c), the parties stipulate to dismiss the appeal and bear their own fees and costs; and (3) attached to the stipulation is Leialoha's declaration showing he understands the

consequences of voluntary dismissal, consistent with HRAP Rule 42(c).

Therefore, IT IS HEREBY ORDERED that the Stipulation for Voluntary Dismissal of the Appeal is approved and the appeal is dismissed. The parties shall bear their own fees and costs on appeal.

DATED: Honolulu, Hawaiʻi, June 17, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Karen T. Nakasone
Associate Judge